# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LET EXPERIENCED PILOTS FLY, INC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:24-cv-736 |
| AIR LINE PILOTS ASSOCIATION INTERNATIONAL, | ) ) ) ) |
| Defendant. | ) ) |

## NOTICE OF FILING

To:

Maria A. Bird
Thomas N. Ciantra
Marcus C. Migliore
Air Line Pilots Association, International
7950 Jones Branch Drive, Suite 400S
McLean, VA 22012

Barry M. Bennett
Dowd, Bloch, Bennett, Cervone, Aerbach & Yokich LLP
8 S. Michigan Avenue, 19th Floor
Chicago, IL 60603

     PLEASE TAKE NOTICE that on March 8, 2024, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern *Let Experienced Pilots Fly, Inc.'s First Amended Complaint*, via the CM/ECF Filing System

## CERTIFICATE OF SERVICE

     I hereby certify that on March 8, 2024, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, and that a copy of the foregoing document was sent to the above-named party to its putative counsel via email.

*/s/ Dan Becka*

Daniel J. Becka (ARDC 6202427)
Law Offices of Daniel J. Becka, LLC
30 N. LaSalle Street, Suite 2727
Chicago, IL 60602
T: (312) 646-1092; F: (312) 278-2455
E: dan@dbeckalaw.com

Peter A. Gaido, Esq. (ARDC 6201144)
Ronald L. Sandack, Esq. (ARDC 6203280)
Justin C. Kanter, Esq. (ARDC 6303651)
Gaido & Fintzen

30 N. LaSalle Street, Suite 2727
Chicago, IL 60602
T: (312) 346-7855
F: (312) 346-8317
E: peter@gaido-fintzen.com
E: ronald@gaido-fintzen.com
E: jkanter@gaido-fintzen.com

*Counsel for Let Experienced Pilots Fly, Incorporated*