UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Let Experienced Pilots Fly, Incorporated
                        Plaintiff,

v.                                                                 Case No.: 1:24–cv–00736
                                                                   Honorable Franklin U. Valderrama

Air Line Pilots Association, International
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 12, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama: In light of the filing of Plaintiff's amended complaint [21], the Court terminates Defendant's motion to dismiss [14] as moot. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants' responsive pleading to the amended complaint is due by 3/22/2024. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.