IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LET EXPERIENCED PILOTS FLY, INC., | |
| Plaintiff, | Case No. 1:24-cv-00736 |
| v. | Honorable Franklin U. Valderrama |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | |
| Defendant. | |

## MOTION TO DISMISS FIRST AMENDED COMPLAINT
## OF DEFENDANT AIR LINE PILOTS ASSOCIATION, INTERNATIONAL

Defendant Air Line Pilots Association, International ("ALPA") moves to dismiss Plaintiff Let Experienced Pilots Fly, Inc.'s claims for failure to state a claim under Rule 12(b)(6). Defendant's motion is based on the supporting brief, declaration, and appendix filed herewith. Defendant requests that the Court dismiss Plaintiff's claims with prejudice and enter a ruling in accordance with the proposed order.

Dated: March 20, 2024

Respectfully submitted,

/s Barry M. Bennett
Barry M. Bennett
DOWD, BLOCH, BENNETT, CERVONE, AUERBACH & YOKICH LLP
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
Tel.: (312) 372-1361
Fax: (312) 372-6599
bbennett@laboradvocates.com

Marcus C. Migliore (*Bar No. 411674*)
Thomas N. Ciantra (*Bar No. 2370161*)
Antonia Bird (*Bar No. 171213004*)
AIR LINE PILOTS ASSOCIATION, INTERNATIONAL
Legal Department
7950 Jones Branch Drive, Suite 400S
McLean, VA 22102
Tel.: (202) 797-4054
Fax: (703) 481-2478
*Marcus.Migliore@alpa.org*
*Thomas.Ciantra@alpa.org*
*Antonia.Bird@alpa.org*

*Attorneys for Defendant Air Line Pilots Association, International*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 20, 2024, I will file the attached Motion to Dismiss, Brief in Support, Declaration of Marcus C. Migliore, and Appendix with the Clerk of the United States District Court for the Northern District of Illinois, using the electronic case filing system which, based on current records, will result in service on the following:

Daniel J. Becka
Law Office of Daniel J. Becka, LLC
30 N. LaSalle Street, Suite 2727
Chicago, IL 60202

Peter A. Gaido, Esq.
Ronald L. Sandack, Esq.
Justin C. Kanter, Esq.
Gaido & Fintzen
30 N. LaSalle Street, Suite 2727
Chicago, IL 60602

                                                        */s/ Barry M Bennett*
                                                        Barry M. Bennett