IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| LET EXPERIENCED PILOTS FLY, INC., | |
| Plaintiff, | Case No. 1:24-cv-00736 |
| v. | Honorable Franklin U. Valderrama |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | |
| Defendant. | |

**APPENDIX**

Marcus C. Migliore (*Bar No. 411674*)
Thomas N. Ciantra (*Bar No. 2370161*)
Antonia Bird (*Bar No. 171213004*)
AIR LINE PILOTS ASSOCIATION,
　INTERNATIONAL
Legal Department
7950 Jones Branch Drive, Suite 400S
McLean, VA 22102
Tel.: (202) 797-4054
Fax: (703) 481-2478
*Marcus.Migliore@alpa.org*
*Thomas.Ciantra@alpa.org*
*Antonia.Bird@alpa.org*

Barry M. Bennett
DOWD, BLOCH, BENNETT, CERVONE,
　AUERBACH & YOKICH LLP
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603
Tel.: (312) 372-1361
Fax: (312) 372-6599
*bbennett@laboradvocates.com*

*Attorneys for Defendant Air Line Pilots Association, International*

March 20, 2024

AIR LINE PILOTS ASSOCIATION, INTERNATIONAL
48TH REGULAR BOARD OF DIRECTORS MEETING
October 19-21, 2020

SUBJECT
ALPA Strategic Plan Goals and Objectives

SOURCE
President Joseph DePete

AGENDA ITEM
#13

RESOLUTION OF THE BOARD OF DIRECTORS
RESOLVED that the Board of Directors endorse the following items as ALPA Strategic Plan goals and objectives in eight key areas, with their respective initiatives:

**Committee 1 – Organizational Structure/Resources Management**

**Goal:** Ensure the highest level of resource stewardship

o *Objective #1*: Allocate resources effectively, efficiently, and transparently

   *Initiatives*:
   » Monitor and analyze financial practices and procedures to identify opportunities for improving efficiencies
   » Periodically review Association financial policies
   » Continue conducting an outside/independent annual audit and publishing its results
   » Encourage company-paid flight pay loss
   » Evaluate required levels for the Major Contingency Fund (MCF), Operating Contingency Fund (OCF), Operating Fund (OF), Administrative & Support (A&S) Account, Kitty Hawk funds, and aggregate MEC balance and make this information easily accessible to the membership
   » Develop a real estate plan for the Association and brief at each Executive Board meeting

**Committee 7 – Legislative/Regulatory and Government Affairs**

**Goal:** Successfully advocate for sound government policies to benefit pilots

- *Objective #1:* Promote policies that support pilots' livelihood and careers

    *Initiatives*:
    » Support legislation and defend against proposals that degrade or limit pilot pay or benefits
    » Push for U.S. and Canadian laws and regulations that ensure a level playing field for North American airline workers in the global airline marketplace
    » Oppose efforts that would weaken pilot training and qualification standards
    » Oppose any effort to eliminate or reduce the number of pilots on the flight deck
    » Limit immigration policy designed to undercut pilot pay and benefits
    » Protect and enhance pilots' interests regarding governmental benefits, including but not limited to personal care issues, sick time usage, and family leave policies
    » Support legislation that promotes and provides accessibility to increase diversity on the flight deck
    » Promote equitable entry-level opportunities and lessen the financial roadblocks individuals may encounter when pursuing careers as professional airline pilots. These efforts should not harm current or furloughed ALPA pilots

- *Objective #2*: Advance policies that enrich aviation safety, security, and healthy air travel

    *Initiatives*:
    » Work with government entities and stakeholders to enhance aviation safety and security

- » Promote laws and policies to ensure safe, healthy travel for pilots, crews, and passengers
- » Ensure proper oversight of aviation occupational health by the U.S. and Canadian federal governments
- » Oppose any increase in the pilot retirement age in the U.S. beyond the current U.S. retirement age of 65
- » Promote and advocate fatigue mitigation policies
- » Advocate for legislation that criminalizes the intentional or reckless use of UAS and lasers that endanger aircraft, passengers, and cargo

- *Objective #3*: Promote and defend laws and regulations that are advantageous to ALPA's collective bargaining and organizing efforts

  *Initiatives*:
  - » Promote bankruptcy reform to protect workers in the bankruptcy process
  - » Actively oppose any actions or legislation that undermines agency shop agreements, the right to organize, or the pilot profession
  - » Promote the dignity of work to elevate the value, reach, and importance of ALPA and the labor movement

- *Objective #4*: Amplify ALPA's standing and visibility in Ottawa and Washington, D.C.

  *Initiatives:*
  - » Maintain and strengthen relationships with other labor unions, members of the U.S. National Mediation Board and Canada Industrial Relations Board, industry stakeholders, government representatives, and policy makers
  - » Continue to motivate and engage members in protecting and advancing their future through grassroots, direct advocacy, and contributions to ALPA-PAC
  - » Prioritize the growth and advancement of ALPA's political programs



# ALPA EXECUTIVE BOARD

## 130TH REGULAR EXECUTIVE BOARD MEETING

### May 18-20, 2022

06/07/2022                          Compilation of Actions

<u>SUBJECT</u>
Amendment to the Administrative Manual, Section 125, Part A.2 and Affirmation of the Age 65 Pilot Retirement Age Law (P.L. 110-135) and Federal Aviation Administration Regulation FAR121.383e

<u>SOURCE</u>
Executive Council (May 2022, AI #13)

<u>AGENDA ITEM</u>
#9

<u>RESOLUTION OF THE EXECUTIVE BOARD</u>
WHEREAS the current ALPA direction from the 2020 Board of Directors Strategic Plan repeats and recommits ALPA's strategic objectives to support the "Fair Treatment for Experienced Pilots Act" and the maintenance of its Retirement Age of 65 (sixty-five) for airline pilots in FAR Part 121 operations in the interest of public safety, and

WHEREAS the Association has become increasingly aware that a significant number of aviation industry affiliates and U. S. Congressional representatives are advocating to increase the mandatory pilot retirement age above sixty-five, and

WHEREAS the Association is ultimately responsible for representing the well-being and security of its members, as well as the safety of the greater public, and

WHEREAS ALPA's Administrative Manual, Section 125, Part 2.A, has not been revised since the passage of the Age 65 pilot retirement age in P.L. 110-135, and ALPA's official policy on this issue is therefore in need of updating to reflect ALPA's current strategic objectives about maintaining the Age 65 pilot retirement age in Association policy, and

WHEREAS the Executive Council reviewed the FDX MEC's request at the May 2022 meeting and voted to recommend to the Executive Board to amend the Administrative Manual, Section 125, Part A.2 and affirm ALPA's position that the



Age 65 Pilot Retirement Age Law (P.L. 110-135) and Federal Aviation Administration Regulation FAR121.383e should be maintained,

THEREFORE BE IT RESOLVED that the Executive Board authorizes the amendment to the Administrative Manual, Section 125, Part A.2 and affirms the Age 65 Pilot Retirement Age Law (P.L. 110-135) and Federal Aviation Administration Regulation FAR121.383e, and

BE IT FURTHER RESOLVED that ALPA supports maintaining the existing retirement age of 65 for airline pilots in FAR Part 121 operations and of the corresponding Federal Law, known as the "Fair Treatment for Experienced Pilots Act (P.L. 110-135) as well as FAR Part 121.383e Limitations on Use of Services, and

BE IT FURTHER RESOLVED that ALPA will actively engage and leverage legislative advocacy resources and political action activities to educate elected representatives and officials on their fundamental responsibility to maintain public safety and 'safe skies,' and

BE IT FURTHER RESOLVED that the Executive Board approves the following changes to the Administrative Manual, Section 125, Part 2. Age 60 to read as follows, with the underlined text representing new language and the overstruck text deleted:

### AGE 6~~0~~<u>5</u>

**AGE 6~~0~~<u>5</u> POLICY**
SOURCE - Board 1980; Amended – Executive Board May 2007

ALPA will <u>not</u> support <u>and shall actively oppose</u> regulatory or legislative efforts that would modify the Age 6~~0~~<u>5</u> Rule <u>as set forth in the "Fair Treatment for Experienced Pilots Act (P.L. 110-135) and Federal Aviation Administration Regulation FAR 121.383e.</u> ~~if such efforts incorporate ALPA's priorities in the areas of safety, medical standards, benefit issues, no retroactive application of a change in the rule, liability protection and appropriate implementation of the Rule.~~



# ALPA BOARD OF DIRECTORS

## 49TH REGULAR BOARD OF DIRECTORS MEETING

Las Vegas, NV - October 17-20, 2022

Compilation of Actions

SUBJECT
ALPA Strategic Plan Goals, Objectives, and Initiatives

SOURCE
President Joe DePete

AGENDA ITEM
#13

RESOLUTION OF THE BOARD OF DIRECTORS
RESOLVED that the Board of Directors endorse the following items as ALPA Strategic Plan goals, objectives, and initiatives in eight key areas:

**1) Organizational Structure/Resources Management**

**Goal**: Ensure the highest level of resource stewardship

**Objectives & Initiatives:**

- #1: Allocate resources effectively, securely, and transparently
    - Periodically review Association financial policies
    - Continue conducting an outside/independent annual audit and publishing its results
    - Encourage company-paid flight pay loss
    - Continue to monitor and evaluate required levels for the Major Contingency Fund (MCF), Operating Contingency Fund (OCF), Operating Fund (OF), Administrative & Support (A&S) Account, Kitty Hawk funds, and aggregate MEC balance
    - Develop a real estate plan for the Association's headquarters
    - Continue to explore lease opportunities for local field offices for MECs of all sizes, where appropriate, to get the support they need
    - Ensure that ALPA is state-of-the-art in its cyber security capabilities
    - Research and implement, if feasible, Administrative & Support (A&S) account reimbursement for volunteer training for MECs with limited dues revenue



- » Promote awareness of trade unionism's historical and vital role in aviation safety

**7) Legislative/Regulatory & Government Affairs:**

**Goal:** Successfully advocate for sound government policies to benefit pilots

**Objectives & Initiatives:**

- o #1: Promote policies that support pilots' livelihood and careers
  - » Defend against proposals that degrade or limit pilot pay or benefits
  - » Push for U.S. and Canadian laws and regulations that ensure a level playing field for North American airline workers in the global airline marketplace
  - » Limit immigration policy that undercuts pilot pay and benefits
  - » Protect and enhance pilots' interests regarding governmental benefits, including but not limited to personal care issues, sick time usage, and family leave policies
  - » Support legislation that promotes and provides accessibility to increase diversity on the flight deck
  - » Seek the elimination of foreign visa hiring practices that impact North American pilot job security
  - » Advocate for expanded pilot mental health treatment options that would allow pilots to seek treatment and maintain/regain their medical certification
  - » Foster support for legislation that promotes and provides for pilots who are caregivers and/or parents, to include paid family leave, paid maternity leave, paid paternity leave and reasonable accommodations for breastfeeding pilots
  - » Assist pilot groups worldwide in establishing grassroots and advocacy initiatives to improve safety, security, and labor protective provisions

- o #2: Advance policies that enrich aviation safety, security, and healthy air travel
  - » Ensure ALPA's priorities are advanced in any federal aviation policy updates to enhance aviation safety and security
  - » Oppose efforts that would weaken pilot training and qualification standards



# ALPA BOARD OF DIRECTORS

## 49TH REGULAR BOARD OF DIRECTORS MEETING

Las Vegas, NV - October 17-20, 2022

Compilation of Actions

- » Oppose any effort to eliminate or reduce the number of pilots on the flight deck
- » Promote laws and policies to ensure safe, healthy travel for pilots, crews, and passengers
- » Ensure proper oversight of aviation occupational health by the U.S. and Canadian federal governments
- » Oppose any increase in the pilot retirement age in the U.S. beyond the current U.S. retirement age of 65
- » Promote and advocate fatigue mitigation policies
- » Advocate for legislation that criminalizes the intentional or reckless use of drones/RPAs and lasers that endanger aircraft, passengers, and cargo
- » Ensure safety is maintained for all new entrants to the North American airspace
- » Work with government entities and stakeholders to enhance aviation safety and security to include the installation of an Intrusion Resistant Cockpit Door (IRCD) on all cargo aircraft, and ensure the installation of secondary barriers on all passenger aircraft

o #3: Promote and defend laws and regulations that are advantageous to ALPA's collective bargaining and organizing efforts

- » Promote bankruptcy reform to protect workers in the bankruptcy process
- » Actively oppose any actions or legislation that undermines agency shop agreements, the right to organize, or the piloting profession
- » Promote the dignity of work to elevate the value, reach, and importance of ALPA and the labor movement
- » Protect and expand collective bargaining rights

o #4: Amplify ALPA's standing and visibility in Ottawa and Washington, D.C.

- » Maintain and strengthen relationships with other labor unions, members of the U.S. National Mediation Board and Canada Industrial Relations Board, industry stakeholders, government representatives, and policy makers