# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Let Experienced Pilots Fly, Incorporated
                                                Plaintiff,

v.                                                                                            Case No.: 1:24–cv–00736
                                                                                             Honorable Franklin U. Valderrama

Air Line Pilots Association, International
                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 21, 2024:

    MINUTE entry before the Honorable Franklin U. Valderrama: The Court sets the following briefing schedule on the Motion to Dismiss Defendant Air Line Pilots Association, International [24] as follows: Plaintiff's response due on or before 04/10/2024; Defendant's reply due on or before 04/24/2024. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.